# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN LEBRON, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | NO. 11-7115 |
| | : | |
| SUPT. GERALD ROZUM, | : | |
| Respondent | : | |

## ORDER

AND NOW, this 4th day of October, 2012, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (Docket No. 1) and Revised Petition for Writ of Habeas Corpus (Docket No. 3), the Response to Petition for Writ of Habeas Corpus (Docket No. 7), and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated August 10, 2012, IT IS HEREBY ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED; *

2. the Petition for Writ of Habeas Corpus as it relates to MC-51-CR-0444561-2001 is DENIED without prejudice and DISMISSED without an evidentiary hearing;

3. the Petition for Writ of Habeas Corpus as it relates to CP-51-CR-1105911-2001 and CP-51-CR-1110311-2002 is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

4. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.

\* No objection filed.